UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEANE BOLIN<br>    Plaintiff, | § § § | |
| vs. | § § | 1:17-cv-00364-SS<br>Civil Action Number |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>    Defendant. | § § § § | Jury |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jeane Bolin, and Defendant State Automobile Mutual Insurance Company, (collectively "Parties"), hereby notify the Court that the Parties have agreed to a settlement of this lawsuit. Accordingly, the Parties respectfully request that any pending deadlines and hearings relating to this case be removed from the Court's calendar while the Parties complete the settlement process and prepare an appropriate motion to obtain a final dismissal of this case. The Parties anticipate finalizing settlement within sixty (60) days.

Respectfully submitted,

*/s/Mike O'Brien w/permission AAM*
Mike O'Brien
Mike O'Brien, P.C.
State Bar No. 15170200
14355 Highway 105
Washington, Texas 77880
Tel: (713) 222-0088
Fax: (713) 222-0888
mike@moblaw.com

-and-

Dalli H. Seyb
Law Office of Dalli H. Seyb
State Bar No. 24097785

752 Main Street, Suite 164
Mansfield, Texas 76063
Tel: (936) 201-8900
dalli.haley@ymail.com

**ATTORNEYS FOR PLAINTIFF,
JEANE BOLIN**


__/s/ Sterling Elza__
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Tel: 817/332-1391
Fax: 817/870-2427
Email: selza@browndean.com
         amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTOMOBILE MUTUAL INSURANCE
COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument will be sent to the counsel of record by electronic service.

__/s/  Sterling Elza__
Sterling Elza