

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEANE BOLIN<br>　　Plaintiff, | § § § § § § § § § § | |
| vs. | | 1:17-cv-00364-SS<br>Civil Action Number |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>　　Defendant. | | Jury |

### ORDER FOR DISMISSAL WITH PREJUDICE

ON this the __18th__ day of __December__, 2017, came on to be considered the Parties' Agreed Motion for Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; it is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff **Jeane Bolin's** claims and causes of action against Defendant, **State Automobile Mutual Insurance Company**, be and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this __18th__ day of __December__, 2017.

　　　　　　　　　　　　　　　　　　/s/ Sam Sparks
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Mike O'Brien
Mike O'Brien
Mike O'Brien, P.C.
State Bar No. 15170200
14355 Highway 105

Washington, Texas 77880
Tel: (713) 222-0088
Fax: (713) 222-0888
mike@moblaw.com

-and-

Dalli H. Seyb
Law Office of Dalli H. Seyb
State Bar No. 24097785
752 Main Street, Suite 164
Mansfield, Texas 76063
Tel: (936) 201-8900
dalli.haley@ymail.com

**ATTORNEYS FOR PLAINTIFF,
JEANE BOLIN**

-And-


   /s/ *Alicia A. Murphy*
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Tel:  817/332-1391
Fax:  817/870-2427
Email: amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**